# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: WELLBUTRIN SR ANTITRUST LITIGATION | : : | CIVIL ACTION NO. 04-5525 |

---

| | | |
|---|---|---|
| MEDICAL MUTUAL OF OHIO, INC. | : | CIVIL ACTION NO. 05-396 |
| v. | : | |
| GLAXOSMITHKLINE PLC, et al. | : | |

## O R D E R

**AND NOW,** this 31st day of August, 2010, upon careful consideration of the defendants' renewed motion for summary judgment on all claims (Docket # 04-5525, Document # 252) (Docket No. 05-396, Document # 202) and the plaintiffs' response thereto, IT IS **HEREBY ORDERED** that the motion is **DENIED.**

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.