# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: WELLBUTRIN SR ANTITRUST LITIGATION | : CIVIL ACTION NO. 04-5525 : |

## O R D E R

**AND NOW,** this 24th day of August, 2011, IT IS **HEREBY ORDERED** that a hearing on Plaintiffs' Motion for Preliminary Approval of Direct Purchaser Class Settlement will be held on Monday, August 29, 2011 at 11:00 a.m. in courtroom 3B, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

BY THE COURT:

_/s/ Lawrence F. Stengel_____
LAWRENCE F. STENGEL, J.